UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. __1:24-mj-02137 Damian__

UNITED STATES OF AMERICA

vs.

IDONYS GOMEZ MANSO,

Defendant.
_____/

FILED BY _____ER_____ D.C.

Jan 22, 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

### CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)? **No**

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? **No**

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? **No**

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:   /s/ Joshua L. Banker_____
      Joshua L. Banker
      Assistant United States Attorney
      Major Crimes
      Court ID No. A5502947
      99 NE 4th Street, 6th Floor
      Miami, Florida 33132
      Tel: 305-961-9209
      Email: joshua.banker@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| Idonys Gomez Manso, | ) Case No. 1:24-mj-02137 Damian |
| | ) |
| | ) |
| | ) |
| Defendant(s) | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 19, 2024__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1324(a)(1)(A)(i) | Attempting to bring aliens to the United States |
| 8 U.S.C. § 1324(a)(1)(A)(iv) | Encouraging or inducing certain aliens to enter |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Neil James, Special Agent HSI
Printed name and title

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by __FaceTime__

Date: __January 22, 2024__

_____
Judge's signature

City and state: __Miami, Florida__    Hon. Melissa Damian, United States Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Neil S. James, being first duly sworn, do hereby depose and state the following:

## INTRODUCTION

1. I am presently employed as a Special Agent with the United States Homeland Security Investigation ("HSI"), where I have worked since November 20, 2022. I am assigned as a sworn law enforcement officer at HSI Key Largo. In that capacity, my duties include investigating federal criminal offenses, including Title 8 offenses, in the Southern District of Florida. During my tenure as a Special Agent, I have completed approximately 490 hours of instruction at the Federal Law Enforcement Training Center in Glynco, Georgia. Prior to my tenure as a Special Agent, I was most recently a United States Customs and Border Protection Officer for four years in Miami International Airport. There, I prepared cases for immigration proceedings and served multiple arrest warrants. I was also tasked with determining the lawfulness of travelers' entry into the United States. Prior to my tenure as a United States Customs and Border Protection Officer, I was a United States Border Patrol Agent for almost three years. Some of my duties included executing search and arrest warrants and making warrantless arrests in accordance with federal law.

2. The statements contained in this affidavit are based upon my own personal knowledge gathered during my participation in this investigation, my previous training and experience, other law enforcement officers and agents who have engaged in numerous investigations involving the transportation of migrants who are unlawfully present in the United States, and upon facts and information from agents and interviews. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and

1

every fact known to me or law enforcement in this investigation. I have set forth only the facts that I believe are necessary to establish probable cause.

3. I submit this Affidavit in support of a criminal complaint charging Idonys GOMEZ MANSO with attempting to bring aliens to the United States, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i) and (v)(II), and encouraging and inducing aliens to enter the United States, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv) and (v)(II).

## PROBABLE CAUSE

4. On January 19, 2024, HSI Key Largo Agents received information of a possible human smuggling venture involving a vessel coming from the Bahamas to the Miami area. A U.S. Customs and Border Protection Air and Marine Operations aircraft ("LAW ENFORCEMENT AIRCRAFT") spotted a vessel (the "SUSPECT VESSEL") after dark and approximately 19 nautical miles east of Elliot Key, Florida, heading westbound towards the United States.

5. The LAW ENFORCEMENT AIRCRAFT observed the SUSPECT VESSEL as it continued heading westbound. The LAW ENFORCEMENT AIRCRAFT watched the SUSPECT VESSEL enter U.S. territorial waters and coordinated with an Air and Marine Operations vessel (the "LAW ENFORCEMENT VESSEL") to intercept the SUSPECT VESSEL. The SUSPECT VESSEL did not make land fall while the LAW ENFORCEMENT AIRCRAFT was observing it.

6. The LAW ENFORCEMENT VESSEL intercepted the SUSPECT VESSEL inside South Broad Creek, Florida, where the suspect vessel had run aground. The LAW ENFORCEMENT VESSEL activated its navigation lights, law enforcement blue flashing lights, spotlights, and spreader lights to get the operator of the SUSPECT VESSEL's attention. The operator complied with law enforcement's instructions and surrendered. As the LAW ENFORCEMENT VESSEL approached the SUSPECT VESSEL, law enforcement was able to

see one (1) operator behind the helm (later identified as Idonys GOMEZ MANSO), and multiple people sitting and laying down on the deck of the boat. Law enforcement conducted a registration check of the SUSPECT VESSEL's registration number, FL3702CW, and found that the SUSPECT VESEL was registered to Idonys GOMEZ MANSO.

7. Agents discovered a total of twenty-eight (28) individuals onboard the SUSPECT VESSEL. Two (2) individuals were legal permanent residents of the United States. One of those legal permanent residents was GOMEZ MANSO. The other twenty-six (26) individuals had no documents that would allow them to legally enter the United States. They included, among others, Brazilian, Ecuadorian, and Chinese nationals.

8. GOMEZ MANSO and the other individuals were transferred to the custody of the United States Coast Guard ("USCG") Cutter *Charles Sexton* for biometric checks and identification purposes. Law enforcement confirmed that none of the twenty-six (26) migrants had documentation or pending applications that would allow them to lawfully enter the United States.

9. A review of the SUSPECT VESSEL's onboard global positioning system shows that it left the Miami area earlier that day, went to a small island near Cat Cay, Bahamas, and was heading towards Card Sound Road near Key Largo, Florida, when it was interdicted by law enforcement. There is no designated port of entry in the vicinity of Card Sound Road or Key Largo.

10. On January 20, 2024, USCG brought GOMEZ MANSO ashore at the USCG base in Marathon, Florida, for immigration processing. Once at the U.S. Border Patrol Station in Marathon, law enforcement interviewed GOMEZ MANSO. The interview was audio recorded. Before being read his *Miranda* rights, GOMEZ MANSO spontaneously stated he stated he went to pick up the migrants and bring them back. Once he was read his *Miranda* rights, GOMEZ MANSO invoked his right to counsel, and law enforcement terminated the interview.

## **CONCLUSION**

11. Based on the foregoing facts, your affiant respectfully submits that there is probable cause to believe that Idonys GOMEZ MANSO attempted to bring aliens to the United States, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i) and (v)(II), and encouraged and induced aliens to enter the United States, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv) and (v)(II).

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
NEIL S. JAMES
SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Face Time this ___22nd___ day of January 2024.

_____
HONORABLE MELISSA DAMIAN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA

4