# MINUTE ORDER

Page 3

## Magistrate Judge Melissa Damian

Atkins Building Courthouse - 5th Floor         Date: 1/23/24    Time: 1:30 p.m.

Defendant: Idonys Gomez Manso         J#: 12379-506    Case #: 24-2137-MJ-DAMIAN
AUSA: Josh Banker         Attorney: David Donet, Jr (temp)
Violation: Alien Smuggling         Surr/Arrest Date: 1/22/24    YOB: 1980

Proceeding: Initial Appearance         CJA Appt:
Bond/PTD Held: ☐ Yes  ☐ No    Recommended Bond:
Bond Set at: $100K PSB (STIP)         Co-signed by: Adriana Lazo

- [x] Surrender and/or do not obtain passports/travel docs
- [x] Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- [ ] Random urine testing by Pretrial Services
      Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or ~~seek full-time~~ gainful employment/education
- [x] No contact with victims/witnesses, except through counsel
- [x] No firearms
- [ ] Not to encumber property
- [x] May not visit ~~transportation establishments~~ marinas or seaports
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [x] Travel extended to: SD of FL and MD of FL for employment + MD FL oral bnd
- [ ] Other:

Language: Spanish

Disposition:
Def sworn + advised of rights and charges

Mr. Donet filed a temp. notice of appearance in court

Defendant released Bond cosigned by girlfriend

Brady Order giving
Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:    Time:    Judge: 1/25 + 1/28    Place:
(Report RE Counsel):
PTD/Bond Hearing:          2/13 @ 10am Duty Miami
(Prelim)(Arraign) or ~~Removal~~:
Status Conference RE:
D.A.R. 13:52:04 / 14:12:49         Time in Court: 14 mins
s/Melissa Damian         Magistrate Judge