UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-MJ-02137-Damian

UNITED STATES OF AMERICA,
         Plaintiff,

v.

Idonys Gomez Manso /
         Defendant.

**NOTICE OF TEMPORARY APPEARANCE AS COUNSEL**

COMES NOW David Donet, Jr., Esq. and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the **understanding** that the undersigned counsel will fulfill any **obligations imposed** by the Court such as **preparing and filing documents** necessary to collateralize any personal surety bond which may be set.

Counsel's Name (**Printed**): David A. Donet Jr.

Counsel's Signature: [signature]

Address (include City/State/Zip Code): 3250 Mary Street, #406, Miami, FL 33133

Telephone: 305.444-0030     Florida Bar Number: 128910

Date: 1/23/24