UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 4:24-cr-10001-KMM

UNITED STATES OF AMERICA

v.

IDONYS GOMEZ MANSO,

        Defendant.
_____/

**FINAL ORDER OF FORFEITURE**

THIS CAUSE came before the Court upon the Government's Motion for entry of a Final Order of Forfeiture (ECF No. 90) ("Motion") against Defendant Idonys Gomez Manso ("Defendant"). The Court has considered the Motion, is otherwise advised in the premises, and finds as follows:

1. On July 11, 2024, pursuant to 18 U.S.C. § 982(a)(6), the Court entered a Preliminary Order of Forfeiture, (ECF No. 80), forfeiting, subject to third-party interests, the following property to the United States:

    i. One (1) 1980 32' Chris Craft vessel; and

    ii. Two (2) GARMIN GPSMAP 7612XSV devices, (collectively, the "Property").

2. Notice of the criminal forfeiture was posted on an official government internet site (www.forfeiture.gov) for a period of 30 days. *See* Decl. of Publication, ECF No. 83; 21 U.S.C. § 853(n)(1); Fed. R. Crim. P. 32.2(b)(6).

3. Direct notice was sent to any person who reasonably appeared to be a potential claimant with standing to contest the forfeiture, or such person was on actual notice of the

forfeiture. *See* Fed. R. Crim. P. 32.2(b)(6); *accord* 21 U.S.C. § 853(n)(1).

4. The notice advised that any person, other than the defendant in the above-captioned case, asserting a legal interest in the property sought for final forfeiture may petition the Court for a hearing to adjudicate the validity of that person's alleged interest, within 60 days of the first day of publication or within 30 days of receipt of notice, whichever is earlier. Fed. R. Crim. P. 32.2(b)(6); 21 U.S.C. § 853(n)(2).

5. The time period for filing a petition claiming an interest in the Property sought for final forfeiture has expired, and no petition or claim has been filed.

6. Pursuant to 21 U.S.C. § 853(n)(7), once all third-party petitions have been disposed of and/or if no timely petitions have been filed, "the United States shall have clear title to property that is the subject of the order of forfeiture and may warrant good title to any subsequent purchaser or transferee." *Accord* Fed. R. Crim. P. 32.2(c)(2).

7. Therefore, the United States is entitled to a Final Order of Forfeiture that vests in the United States clear title to in the following Property:

    i. One (1) 1980 32' Chris Craft vessel; and

    ii. Two (2) GARMIN GPSMAP 7612XSV devices.

Accordingly, based on the foregoing, the evidence of record, and for good cause shown, the Motion (ECF No. 90) is GRANTED, and it is hereby ORDERED that:

1. Pursuant to 18 U.S.C. § 982(a)(6), 21 U.S.C. § 853, and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, all right, title, and interest in the following property is hereby finally forfeited to and vested in the United States of America:

    i. One (1) 1980 32' Chris Craft vessel; and

    ii. Two (2) GARMIN GPSMAP 7612XSV devices.

2. Any duly authorized law enforcement official may seize and take immediate possession of the property, exercising any and all incidents of ownership with respect thereto, and dispose of such property in accordance with law.

3. The Court shall retain jurisdiction in this matter for the purpose of enforcing this Order.

DONE AND ORDERED in Chambers at Miami, Florida, this 30th day of October, 2024.

_K. M. Moore_
K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

c: All counsel of record